Tammy Hussin, Esq. (Bar No. 155290)
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Fellissa Richard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fellissa Richard,<br><br>           Plaintiff,<br><br>     vs.<br><br>USCB, Inc.; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: 3:13-cv-05672-NC<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed in its entirety without prejudice, each party to bear its own attorney fees and costs.

Plaintiff

_/s/ Tammy Hussin_____

TAMMY HUSSIN
Attorney for Plaintiff

Defendant

__/s/ Jeanne L. Zimmer_____

JEANNE L. ZIMMER
Attorney for Defendant

1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10

11 | Fellissa Richard,                          | Case No.: 3:13-cv-05672-NC
12 |        Plaintiff,                          | [PROPOSED] ORDER
13 |    vs.
14 | USCB, Inc.; and DOES 1-10, inclusive,
15 |        Defendants.

   Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.

   Date: March 3, 2014

   _____
   Judge: Hon. Nathanael M. Cousins



GRANTED
Judge Nathanael M. Cousins